UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BURNETT, | ) | No. CV 11-02606-VAP (VBK) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS AND |
| | ) | RECOMMENDATIONS OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| RAUL LOPEZ, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report").

//

//

//

//

//

//

//

//

1   **IT IS ORDERED** that: (1) the Court accepts the findings and

2   recommendations of the Magistrate Judge, and (2) the Court declines to

3   issue a Certificate of Appealability ("COA").[1]

4

5   DATED: September 10, 2013

    _Virginia A. Phillips_

6   VIRGINIA A. PHILLIPS
    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20
_____

21   [1]   Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the
     applicant has made a substantial showing of the denial of a
22   constitutional right."  The Supreme Court has held that, to obtain a
     Certificate of Appealability under §2253(c), a habeas petitioner must
23   show that "reasonable jurists could debate whether (or, for that
     matter, agree that) the petition should have been resolved in a
24   different manner or that the issues presented were 'adequate to
     deserve encouragement to proceed further'."  Slack v. McDaniel, 529
25   U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks
     omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct.
26   1029 (2003).  After review of Petitioner's contentions herein, this
     Court concludes that Petitioner has not made a substantial showing of
27   the denial of a constitutional right, as is required to support the
     issuance of a COA.
28

2