JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TIMOTHY BURNETT, | ) No. CV 11-02606-VAP (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| RAUL LOPEZ, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: September 10, 2013

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE